IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| DIANA W. COBBS, ) | |
| ) | |
| Plaintiff, ) | Case No.: 4:12cv00011 |
| ) | |
| v. ) | **ORDER** |
| ) | |
| COMMISSIONER OF SOCIAL ) | By: Hon. Jackson L. Kiser |
| SECURITY, ) | Senior United States District Judge |
| ) | |
| Defendant. ) | |

Before me is the Report and Recommendation ("R & R") [ECF No. 21] of Hon. B. Waugh Crigler recommending that I grant the Commissioner's Motion for Summary Judgment [ECF No. 19] and dismiss this case. Plaintiff filed a timely Objection [ECF No. 22], and the Commissioner responded [ECF No. 23]. For the reasons stated in the accompanying Memorandum Opinion, I will **OVERRULE** Plaintiff's Objections, **ADOPT** Judge Crigler's R & R, **GRANT** Defendant's Motion for Summary Judgment, and **DISMISS** this case from the active docket of the Court.

The clerk is directed to send certified copies of this Order and the accompanying Memorandum Opinion to all counsel of record and to Magistrate Judge Crigler.

Entered this 25th day of January, 2013.

s/Jackson L. Kiser
SENIOR UNITED STATES DISTRICT JUDGE